JACOB W. STALEY et al., as Executors of Jacob Stalee, Deceased, Appellants, *v.* MICHAEL D. MURRAY et al., Respondents.

*Staley* v. *Murray*, 130 App. Div. 892, affirmed.
(Argued January 11, 1911; decided January 27, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 19, 1909, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to foreclose a mortgage.

*Philip Keck* for appellants.

*N. H. Anibal* and *M. D. Murray* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.

---

MICHAEL KELLY, as Administrator of the Estate of MICHAEL J. KELLY, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Kelly* v. *N. Y. C. & H. R. R. R. Co.*, 136 App. Div. 906, affirmed.
(Argued January 12, 1911; decided January 27, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 10, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

*Hugh E. Rourke* for appellant.

*Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER and HISCOCK, JJ. Dissenting: HAIGHT and COLLIN, JJ.